FILED

MAY 2 0 2011

CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY.                    Deputy Clerk

1   THOMAS E. MOORE III (SBN 115107)
    tmoore@moorelawteam.com
2   NICOLE V. ECONOMOU (SBN 154485)
    neconomou@moorelawteam.com
3   THE MOORE LAW TEAM
    228 Hamilton Avenue. Third Floor
4   Palo Alto, CA 94301
    Telephone:  (650) 798-5354
5   Facsimile:   (415) 798-5001

6   Counsel for Plaintiff and Creditor
    R CITY, INC.

7

8

9

10                  UNITED STATES BANKRUPTCY COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
    IN RE:                              )   Case No. LA10-58946-ER
13                                       )   Adv. No. AD11-01575-ER
    WEENEEZ L.L.C.                       )
14                                       )   Chapter 7
                                         )
15      Debtor.                          )
                                         )
16                                       )   NOTICE OF VOLUNTARY DISMISSAL
                                         )
17                                       )

18   _____

19   R CITY, INC., a California corporation,  )
                                              )
20              Plaintiff,                     )
                                              )
21   vs.                                       )
                                              )
22   WEENEEZ L.L.C,                            )
                                              )
23              Defendant.                     )
                                              )

24

25

26

27

28
                              - 1 -
                                   NOTICE OF VOLUNTARY DISMISSAL
                                   ADV NO. AD11-01575-ER

BY FAX

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Bankruptcy Procedure

2    7041, plaintiff voluntarily dismisses the above-captioned adversary proceeding without prejudice.

3

4    DATED: May 19, 2011                        Respectfully submitted,

5                                               _____
                                               Nicole V. Economou
6                                              THE MOORE LAW TEAM

7
                                               THE MOORE LAW TEAM
8                                              THOMAS E. MOORE III (SBN 115107)
                                               NICOLE V. ECONOMOU (SBN 154485)
9                                              228 Hamilton Avenue, Third Floor
                                               Palo Alto, CA 94301
10                                             Telephone: (650) 798-5354
                                               Facsimile: (415) 798-5001
11
                                               COUNSEL FOR R CITY, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          - 2 -

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **_Notice of Voluntary Dismissal_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_March 10, 2011,_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **_March 10, 2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles;

Ian Landsberg
 Attorney for Debtor-Defendant
 Landsberg & Associates APC
16030 Ventura Blvd. Ste 470
Encino, CA 91436;

Trustee John J. Menchaca (TR)
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017;

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill In Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be** completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                    **F 9013-3.1.PROOF.SERVICE**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| May 19, 2011 | Nicole V. Economou | |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                    F 9013-3.1.PROOF.SERVICE